<table>
<tr><td colspan="2"><b>United States Bankruptcy Court</b><br><b>DISTRICT OF DELAWARE</b></td><td><b>Voluntary Petition</b></td></tr>
</table>

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**Beacon Power Corporation** | Name of Joint Debtor (Spouse) (Last, First, Middle): N/A |
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): **NONE** | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): N/A |
| Last four digits of Soc. Sec./or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **04-3372365** | Last four digits of Soc. Sec./or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): N/A |
| Street Address of Debtor (No. & Street, City, and State):<br><br>**65 Middlesex Road**<br>**Tyngsboro, MA**<br>ZIPCODE **01879** | Street Address of Joint Debtor (No. & Street, City, and State): N/A<br><br>ZIPCODE |
| County of Residence or of the Principal Place of Business: **Middlesex** | County of Residence or of the Principal Place of Business: N/A |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address): N/A<br>ZIPCODE |

Location of Principal Assets of Business Debtor (if different from street address above): **65 Middlesex Road, Tyngsboro, MA 01879, 99 Grange Hall Road, Stephentown, NY, 12168 and 241-A Willow Glen Road, Anaconda, MT 59711**

ZIPCODE

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☒ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☒ Other | ☐ Chapter 7  ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9<br>☒ Chapter 11  ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br>☐ Chapter 12<br>☐ Chapter 13 |

| Tax-Exempt Entity<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | Nature of Debts<br>(Check one box.)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."  ☒ Debts are primarily business debts. |
|---|---|

| Filling Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☒ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (Applicable to Chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information** — THIS SPACE IS FOR COURT USE ONLY

☒ Debtor estimates that funds will be available for distribution to unsecured creditors.

☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |

Estimated Debts

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):  **Beacon Power Corporation** | |
|---|---|---|

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location<br>Where Filed: **NONE** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:  See attached Rider 1 | Case Number: | Date Filed: |
| District:          Delaware | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br><br>☒   Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual<br>whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [her or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.  I further certify that I delivered to the debtor the notice required by 11 U.S.C. 342(b).<br><br>X _____<br>     Signature of Attorney for Debtor(s)                        Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐   Yes, and Exhibit C is attached and made a part of this petition.

☒   No

**Exhibit D**

(To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐   Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐   Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☒   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☒   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐   Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification (11 U.S.C. § 362(l)).

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):  Beacon Power Corporation |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code.  Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition.  A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney*

X _____
Signature of Attorney for Debtor(s)
JEREMY W. RYAN, ESQUIRE (Bar No. 4057)
Printed Name of Attorney for Debtor(s)
POTTER ANDERSON & CORROON LLP
Firm Name
1313 NORTH MARKET STREET
Address
WILMINGTON, DE 19899

(302) 984-6108
Telephone Number
-and-
WILLIAM R. BALDIGA, ESQUIRE (BBO #542125)
Printed Name of Attorney for Debtor(s)
BROWN RUDNICK LLP
Firm Name
ONE FINANCIAL CENTER
Address
BOSTON, MA 02111

(617) 856-8586
Telephone Number
October 30, 2011
Date

* In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney shs no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that:  (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

_____

X _____

_____
Date
Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual
F. WILLIAM CAPP
Printed Name of Authorized Individual
PRESIDENT & CHIEF EXECUTIVE OFFICER
Title of Authorized Individual
October 30, 2011
Date

1863802

## Rider 1

Pending Bankruptcy Cases in the District of Delaware Filed by the
Debtor and Affiliates of the Debtor

On the date hereof, each of the affiliated entities listed below (including the debtor in this chapter 11 case) filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware (the "Court"). A motion has been filed with the Court requesting that the chapter 11 cases of these entities be consolidated for procedural purposes only and jointly administered under the number assigned to the chapter 11 case of Beacon Power Corporation.

1. Beacon Power Corporation
2. Stephentown Holding LLC
3. Stephentown Regulation Services LLC

B 1A (Official Form 1, Exhibit A) (9/97)
*[If debtor is required to file periodic reports (e.g. forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

# United States Bankruptcy Court
## District of Delaware

In re ___Beacon Power Corporation_____    Case No. _____

                                    Debtor(s)      Chapter    __11_____

# EXHIBIT "A" TO VOLUNTARY PETITION

1.   If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is ___000-31973_____     .

2.   The following financial data is the latest available information and refers to the debtor's condition on  10/30/11.

| | | |
|---|---|---|
| a. | Total assets | $72,000,000.00 |
| b. | Total debts (including debts listed in 2.c., below) | $47,000,000.00 |

c.   Debt securities held by more than 500 holders: None

                                                           Approximate number of holders:

d.     Number of shares of preferred stock       _____10,000,000     _____1

                                      Outstanding: approximately: 344,900

e.     Number of shares common stock         _____200,000,000     _____28,500

                                      Outstanding: approximately 31,797,388

         Comments, if any:

3.   Brief description of Debtor's business:
Beacon Power Corporation designs, develops and delivers fast-responding flywheel-based energy storage solutions that provide clean, grid-stabilizing services to electrical grids.

4.   List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% of the voting securities of debtor: None

# 1863694

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| BEACON POWER CORPORATION,[1] | ) |
| | ) Case No. _____ |
| Debtor | ) |
| | ) |
| | ) |
| In re: | ) |
| | ) Chapter 11 |
| STEPHENTOWN HOLDING LLC, | ) |
| | ) Case No. _____ |
| Debtor | ) |
| | ) |
| In re: | ) |
| | ) Chapter 11 |
| STEPHENTOWN REGULATION SERVICES LLC, | ) |
| | ) Case No. _____ |
| Debtor | ) |
| | ) Joint Administration Requested |
| | ) |

## CORPORATE OWNERSHIP STATEMENT

In accordance with Rule 1007(a)(1) of the Federal Rules of Bankruptcy Procedure, Beacon Power Corporation (the "Debtor") hereby states that each of the following persons or entities directly or indirectly own 10% or more of the equity interests of the Debtor:

| Name and Address | Ownership Percentage |
|---|---|
| None | N/A |

---

[1]     The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Beacon Power Corporation (2365); Stephentown Holding LLC (4923); and Stephentown Regulation Services LLC (5016).  The Debtors' headquarters is located at 65 Middlesex Road, Tyngsboro, MA 01879.

The following is a list of any corporation whose securities are publicly traded in which the Debtor directly or indirectly owns 10% or more of any class of the corporation's equity interests, and any general or limited partnership or joint venture in which the Debtor owns an interest:

| Name and Address | Ownership Percentage |
|---|---|
| None | N/A |

## DECLARATION REGARDING CORPORATE OWNERSHIP STATEMENT

I, F. William Capp, President and Chief Executive Officer of Beacon Power Corporation, a corporation organized under the laws of the State of Delaware, declare under penalty of perjury under the laws of the United States of America, that I have read the foregoing Corporate Ownership Statement and that it is true and correct to the best of my information and belief.

Dated: October 30, 2011

BEACON POWER CORPORATION

By: _____
Name: F. William Capp
Title: President and Chief Executive Officer

# 1863877

2

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) |
| BEACON POWER CORPORATION,[1] | ) Chapter 11 |
| | ) |
| Debtor | ) Case No. _____ |
| | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| STEPHENTOWN HOLDING LLC, | ) Case No. _____ |
| | ) |
| Debtor | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| STEPHENTOWN REGULATION SERVICES LLC, | ) Case No. _____ |
| | ) |
| Debtor | ) Joint Administration Requested |
| | ) |

## CONSOLIDATED LIST OF TWENTY CREDITORS
## HOLDING LARGEST UNSECURED CLAIMS

Set forth below is a list of creditors holding the twenty (20) largest unsecured claims against Beacon Power Corporation, Stephentown Holding LLC and Stephentown Regulation Services LLC (collectively, the "Debtors") as of October 30, 2011. The list has been prepared from the books and records of the Debtors.

The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. Inclusion of a claim on the attached consolidated list is not an admission that the amounts listed are undisputed, fixed and liquidated nor an admission that the amounts are owed by more than one of the Debtors.

---

[1]     The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Beacon Power Corporation (2365); Stephentown Holding LLC (4923); and Stephentown Regulation Services LLC (5016). The Debtors' headquarters is located at 65 Middlesex Road, Tyngsboro, MA 01879.

| Name of creditor and complete mailing address including zip code | Nature of claim [trade debt, bank loan, government contract, etc.] | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
|---|---|---|---|
| Edwards Wildman Palmer, LLP<br>111 Huntington Avenue<br>Boston, MA 02199<br>Attn: Albert L. Sokol, Esq.<br>Tel: 617-951-2237<br>Fax: 617-239-0100 | Professional Claim | Subject to setoff | 711,872.43 |
| Carleton Technologies Inc.<br>711 Corporate Center Court<br>Westminster, MD 21157<br>Attn: Rob Grande<br>Tel: 410-871-9966<br>Fax: 410-871-9960 | Trade Claim | | 200,000.00 |
| Markovich Inc.<br>2827 Lexington Avenue<br>Butte, MT 59701<br>Attn: Bill Markovitch<br>Tel.: (406) 494-3901<br>Fax: (406) 494-1989<br>Email: markovich@markovichinc.com | Trade Claim | Contingent | 190,000.00 |
| LeChase Construction Services, LLC<br>1473 Erie Boulevard<br>Schenectady, NY 12305<br>Attn: Rick Simeone<br>Tel: 518-388-9200<br>Fax: 518-388-9206 | Trade Claim | | 89,088.08 |
| R.W. Beck Federal, Inc.<br>1001 Fourth Avenue<br>Suite 2500<br>Seattle, WA 98154-1004<br>Attn: Tracie McLellan<br>Tel: 206-695-4625<br>Fax: 206-695-4701<br>Email: tmclellan@rwbeck | Trade Claim | | 80,562.94 |
| National Grid<br>Processing Center<br>PO Box 1005<br>Woburn, MA 01807-0005<br>Attn: Peter Seitz<br>Tel: 315.460.7228<br>Email: peter.seitz@ngrid.com | Utility Claim | | 54,079.55 |

| Name of creditor and complete mailing address including zip code | Nature of claim [trade debt, bank loan, government contract, etc.] | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
|---|---|---|---|
| Nixon Peabody LLP<br>437 Madison Avenue<br>New York, NY 10022<br>Attn: Prem Malali<br>Tel: 212-940-3040<br>Fax: 212-940-3111<br>Email: pmalali@nixonpeabody.com | Professional Claim | | 53,333.50 |
| Merrill Communication<br>101 Federal Street<br>Suite 2100<br>Boston, MA 02110<br>Attn: David Turco<br>Tel: 617-535-1512<br>Fax: 617-535-1500<br>Email: David.Turco@merrillcorp.com | Trade Claim | | 33,112.84 |
| Ventyx Energy LLC<br>c/o Contracts<br>3301 Windy Ridge Pkwy.<br>Ste. 200<br>Atlanta, GA 30339<br>Attn: Marshall Stevens<br>Tel: 212-517-6151 | Trade Claim | | 31,750.00 |
| Customized Energy Solutions<br>The Robert Morris Building<br>100 North 17th Street, 14th Floor<br>Philadelphia, PA 19103<br>Attn: Joseph Fiore<br>Tel: 215.875.9440<br>Fax: 215-875-9490<br>Email: jfiore@ces-ltd.com | Trade Claim | | 24,000.00 |
| Cardinal Point Partners LLC<br>525 Second Street NE<br>Washington, DC 20002<br>Attn: Megan Crimming<br>Tel: 202-664-1112<br>Fax: 202-664-1120<br>Email:mcrimming@cardinalpoint.com | Trade Claim | | 30,000.00 |
| Nasdaq Stock Market<br>Finance Department<br>Department Number 0570<br>Washington, DC 20073-0570<br>Attn: Nicole Senesi<br>Tel: 978-461-3104<br>Email: Nicole.senesi@nasdaqomx.com | Trade Claim | | 19,221.99 |

| Name of creditor and complete mailing address including zip code | Nature of claim [trade debt, bank loan, government contract, etc.] | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
|---|---|---|---|
| Enigaml, Inc.<br>125-B Old Derry Road<br>Londonderry, NH 03053<br>Attn: Catherine Segedy<br>Tel: 603-845-0018<br>Email: csegjobs@enigami.com | Trade Claim | | 18,270.00 |
| Powercorp Pty Ltd<br>PMB 88<br>Berrimah NT 828<br>Australia<br>Attn: Joergen Zimmerman<br>Tel: 618 8947 0933<br>Fax: 618 8947 0925<br>Email: joergren@pcorp.com | Trade Claim | | 16,750.40 |
| Jonathan Leehey<br>3 Brook Trail Road<br>Wayland, MA 01778<br>Attn: Jonathan Leehey<br>Tel: 508-358-5721 | Trade Claim | | 16,260.00 |
| Hiller NE Fire Protection, Inc.<br>240 Ballardvale Street<br>Wilmington, MA 01887<br>Attn: Brian Girouard<br>Tel: 978-657-5550<br>Fax: 978-657-0016 | Trade Claim | | 16,177.60 |
| Varsity Facility Services<br>4 Tower Farm Road<br>Billerica, MA 01821<br>Attn: Charles Chronopoulos<br>Tel: 508-328-1840<br>Email: dandurkin@thedurkincompany.com | Trade Claim | | 14,310.00 |
| Taylor N.E. Equipment, Inc.<br>181 Lafayette Road<br>North Hampton, NH 03862<br>Attn: Robert Porter<br>Tel: 603-413-5808<br>Fax: 603-509-3181 | Trade Claim | | 13,855.92 |
| James H. Maloy, Inc.<br>PO Box 11016<br>Loudonville, NY 12211<br>Attn: Peter Maloy<br>Tel: 518-438-7881<br>Fax: 518-438-7884<br>Email: pmaloy@jhmaloy.com | Trade Claim | | 12,725.00 |

| Name of creditor and complete mailing address including zip code | Nature of claim [trade debt, bank loan, government contract, etc.] | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
|---|---|---|---|
| Good Company Associates<br>515 Congress Avenue<br>Suite 1510<br>Austin, TX 78701<br>Attn: Susan King<br>Tel: 512-279-0757<br>Fax: 512-279-0760<br>Email: sking@goodcompanyassociates.com | Trade Claim | | 12,391.42 |
| Quality Energy Consulting LLC<br>6 Wilhelm Court<br>Fairfield, OH 45014<br>Attn: Phil Mullins<br>Tel: 513-829-0002<br>Fax: 513-829-3627<br>Email: pmullins@quality-energy.com | Trade Claim | | 11,769.00 |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF DEBTORS

I, F. William Capp, President and Chief Executive Officer of Beacon Power Corporation, Stephentown Holding LLC and Stephentown Regulation Services LLC, declare under penalty of perjury that I have read the Consolidated List of Creditors Holding the 20 Largest Unsecured Claims submitted herewith and that it is true and correct to the best of my information and belief.

Dated:  October 30, 2011

_____
F. William Capp
President and Chief Executive Officer of Beacon
Power Corporation, Stephentown Holding LLC and
Stephentown Regulation Services LLC

# 1864317

## SECRETARY'S CERTIFICATE

## BEACON POWER CORPORATION

The undersigned, being the duly elected and acting Secretary of Beacon Power Corporation, a Delaware corporation (the "Corporation"), hereby certifies as follows:

1.    That a special meeting of the Board of Directors of the Corporation (the "Board") was held on October 24, 2011, at which the following directors were present, comprising the full Board:

   Edward A. Weihman
   Jack P. Smith
   Virgil G. Rose
   Daniel E. Kletter
   F. William Capp

2.    That attached hereto as <u>Exhibit A</u> is a true and correct copy of a Resolution duly adopted by the Board of the Corporation at such meeting, and that said Resolution has not been amended, rescinded, or modified, and remains in full force and effect on the date hereof.

EXECUTED as a sealed instrument as of this 29th day of October, 2011.

James M. Spiezio
Secretary

## **EXHIBIT A**

RESOLVED:        that the President of the Corporation, F. William Capp (the "<u>President</u>"), is authorized and empowered on behalf of the Corporation to execute and file a voluntary petition under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware, and to execute all documents and take any and all actions in furtherance thereof, as the President, in his discretion, may deem to be necessary or appropriate.

A-Verdi LLC
14150 Route 31
Savannah, NY 13146

A.S.A.P. Fire and Safety Corporation
90 Progress Ave
Unit #3
Tyngsboro, MA 01879

A1 Exterminators
183 Shephard Street
Lynn, MA 01902

AeroRepair Corp
14 Tinker Ave
Londonderry, NH 03053

Agilent Technologies
Vacuum Products Division
121 Hartwell Avenue
Lexington, MA 02421

Airgas East, Inc
17 Northwestern Drive
Salem, NH 03079

Airgas Safety Inc.
128 Wharton RD
Bristol, PA 19007-1693

American Teleconferencing
DBA Premiere Global Services
10310 West 84th Terrace
Lanexa, KS 66214

Aved Electronics, Inc.
95 Billerica Ave.
N. Billerica, MA 01862

Barry Isett & Associates, Inc.
100 West Broad Street
Suite 200
Hazleton, PA 18201

Baumer Electric
122 Spring Street  C-6
Southington, CT 06489

Bear Paw Custom Design
125 Mirona Road
Unit 2
Portsmouth, NH 03801

Benefit Strategies, LLC
967 Elm Street
Manchester, NH 03101

Berlin School District
School Tax Collector
PO Box 259
Berlin, NY 12022

Beverly Pallet Co., Inc.
51 Mitchell Road
Ipswich, MA 01938

Beyond Components
5 Carl Thompson Rd.
Westford, MA 01886

Black Rock Funds
400 Bellevue Parkway
Wilmington, DE 19810

Bloomberg Finance L.P.
731 Lexington Avenue
New York, NY 10022

Blue Cross Blue Shield
BlueCross BlueShield of Mass
PO Box 4701
Woburn, MA 01888-4701

Boston Bean Coffee Co.
One Bryant Street
Woburn, MA 01801

Boston Engineering Corp
411 Waverly Oaks Rd
Suite 114
Waltham, MA 02452

Brian C. Baker, Attorney at Law
Po Box 430
Stephentown, NY 12168

Brickhouse Pizza
266 Middlesex Rd
Tyngsboro, Ma 01879

Brothers Machinery Exchange Inc.
105 Massachusetts Avenue
North Andover, MA 01845

CA Franchise Tax
PO Box 942857
Sacramento, CA 94257-0511

CableLabs
400 Centennial Parkway
Louisville, CO 80027

Cadence
13221 SW 68th Parkway
Portland, OR 97223

Cardinal Point Partners LLC
525 Second Street NE
Washington, DC 20002

Carleton Technologies Inc
711 Corporate Center Court
Westminster, MD 21157

Carreden Group Inc.
1100 Moraga Way #209
Moraga, CA 94556

Cintas Corporation
200 Apollo Drive

Chelmsford, MA 01824

Citrix Online LLC
7414 Holiister Ave.
Goleta, CA 93117

CleanTech Capital Consulting, Inc.
7 Verona Place
Corte Madera, CA 94925

Computershare
Mail Stop 3A
250 Royall Street
Canton, MA 02021

Consulting Engineering Group Inc.
1 Charlesview Road
Hopedale, MA 01747

Controller Services and Sales
11 Robbie Road
Avon, MA 02322

Conway Office Products
10 Capitol Street
Nashua, NH 03063

Cox Engineering Service Company
35 Industiral Drive
Canton, MA 02021

Crown Lift Trucks
2 Presidential Way
Woburn, MA 01801

CT Corporation Systems
14 Wall Street
New York, NY 10005

Customized Energy Solutions
The Robert Morrris Building
100 North 17th Street
14th Floor
Philadelphia, PA 19103-2766

CWG Excavation & Timbering
1152 Greenes Brook Road
Berlin, NY 12022

Daniel E. Kletter
711 Parsons Road
Ridgewood, NJ 07450

Darrow Associates
273 Walt Whitman Rd #280
Melville, NY 11746

DE Franchise Tax
State of Delaware
Div. of Corporations
PO Box 74072
Baltimore, MD 21274-4072

Delta Dental
Po BOX 5-0198

Woburn, MA 01815-0198

Dente Engineering PC
594 Broadway
Watervleit, NY 12189

Digikey Electronics
701 Brooks Ave.South
P.O. Box 677
Thief River Falls, MN 56701-0677

DIRECTV
PO Box 60036
Los Angeles, CA 90060-0036

Dynamic Waste Systems, Inc.
PO Box 346
Essex, MA 01929

Eagle Elevator Co. Inc
176 Norfolk Ave.
Roxbury, MA 02119

ECM Plastics, Inc.
53 Millbrook Street
Worcester, MA 01606

Edward A. Weihman
187 Old Mill Road
Greenwich, CT 06831

Edwards Wildman Palmer LLP
111 Huntington Avenue
Boston, MA 02199

Ellsworth Adhesive Systems
9 Presidential Drive
Suite E
Woburn, MA 01801

EnigamI, Inc.
125-B Old Derry Road
Londonderry, NH 03053

Erik Abend Consulting
38 West Brown Road
Ashfield, MA 01330

Estes Accrual
3901 W. Broad Street
Richmond, VA 23260

Estes Express Lines
3901 W. Broad Street
Richmond, VA 23260

Eugene Hunt
19 Boxford Street
North Andover, MA 01845

Exponent
21 Strathmore Road
Natick, MA 01760

Eyewear by Giorgio

60 Chelmsford St.
Chelmsford, MA 01824

F. William Capp
6 Robinson Park
Winchester, MA 01890

F.W. Webb Company
1 Bon Terrain Drive
Amherst, NH 03031

Fastenal Company
185 New Boston Road
Woburn, MA 01801

Federal Express
PO Box 1140
Memphis, TN 38101-1140

Fleet Courier
108 Middlesex Street
Suite 8
N. Chelmsford, MA 01863

Fuses Unlimited
9248 Eton Ave
Chatsworth, CA 91311

G & G Printing Company
214 Andover Street # 7
Wilmington, MA 01887

G & M Trucking
73 Holton Street
Woburn, MA 01801

General Grinding and Mfg Co. LLC
15100 Valley View Ave.
LA Mirada, CA 90638

GFI Tyngsboro, LLC
c/o GFI Partners
Attn: Steven E. Goodman
133 Pearl Street, Suite 400
Boston, MA 02110

Good Company Associates
515 Congress Avenue
Suite 1510
Austin, TX 78701

Graf Brothers
166 Lafayette Road
Salisbury, MA 01952

Grainger
18 Applegate Drive North
ACCT# 849185145
Wilmington, MA 01887-1032

Granite Telecommunications
P.O. Box 1405
Lewiston, ME 04243-1405

Graybar

PO Box 9147
Boston, MA 02205

Group Robinson LLC
3000 Sand Hill Road
Building Two
Suite 110
Atherton, CA 94027

Harding Botanicals, LLC
P.O. Box 443
Southborough, MA 01772

Hazelton Community Area New
Development Organization, Inc.
Attn: W. Kevin O'Donnell
1 S. Church Street
Hazleton, PA 18201

Henshon Parker Vyadro, P.C.
Attn:  F. Robert Parker, Jr.
84 State Street, Suite 760
Boston, MA 02109

Hiller NE Fire Protection, Inc.
240 Ballardvale Street
Wilmington, MA 01887

Hope Co. - Fitchburg
58 Crawford Street
Fitchburg, MA 01420

IES Technical Sales
250 North Street
Unit :A9
Danvers, MA 01923

IKON Office Solutions
P.O. Box 30069
Hartford, CT 06150

Industrial Protection Products, Inc.
220 Ballardvale
Wilmington, MA 01887

Industrial Tool Supply
48 Newhall Street
At Foot of Crosby
Lowell, MA 01852

InvestorCom, Inc.
65 Locust Avenue
Third Floor
New Canaan, CT 06840

Jack P. Smith
2050 Robinson Road SE
Grand Rapids, MI 49506

James H. Maloy, Inc.
PO Box 11016
Loudonville, NY 12211

James M. Spiezio
56 Woodland Drive

Lunenburg, MA 01462

JMD Industries Inc.
One Park Ave
Hudson, MA 03051

John Pearson Smith
2050 Robinson Road
SE
Grand Rapids, MI 49506

Jonathan Leehey
3 Brook Trail Road
Wayland, MA 01778

Judith F. Judson
189 A Greenwood Road
Andover, MA 01810

Kenneth J. Uva
c/o CT, a Walters Kluwer Business
Attn: Jennifer Schwartz
1209 Orange Street
Wilmington, DE 19801

Kroll, Becker and Wing
17 Commerce St.
Suite 7
Bedford, NH 03110

Kurt J. Lesker
P.O. Box 10
1925 Route 51
Clairton, PA 15025

LeChase Construction Services, LLC
1473 Erie Boulevard
Schenectady, NY 12305

Legacy Chiller Systems, Inc.
P.O. Box 1120
Diamond Springs, CA 95619

Lehigh-Armstrong, Inc.
202  Boston Road
Billerica, MA 01862

Leonard Electrical Inc.
154 Fletcher Street
Lowell, MA 01854

Littleton Pool Company Inc.
675 Great Road
Littleton, MA 01460

Luongo Sprinkler, LLC
33 Allen Road
Billerica, MA 01821

M.W. Leahy Co. Inc
21 Westford Rd
Ayer, MA 01432

Malady & Wooten, LLP
604 North Third Street

Harrisburg, PA 17101

Mancini Heating and Cooling
77 Alexander Road # 19
Billerica, MA 01821

Marathon Staffing
164 Westford RD
Suite 26
Tyngsboro, MA 01879

Markham Metals
235 Andover Street
Wilmington, MA 01887

Markovich Construction Inc.
2827 Lexington Avenue
Butte, MT 59701

Mass. Dept. of Revenue
PO Box 7065
Boston, MA 02204-7065

Mass. Material Research
241 W. Boylston
W. Boylston, MA 01583

Massachusetts Development Finance Agency
160 Federal Street
Boston, MA 02110

Matthew L. Lazarewicz
35 Lawrence Road
Boxford, MA 01921

McMaster Carr
P.O. Box 440
473 Ridge Road
Dayton, NJ 08810-0317

Merrill Communication
101 Federal Street
Suite 2100
Boston, MA 02110

Merrill Communications LLC
101 Federal Street
Suite 2100
Boston, MA 02110

Michael Page International, Inc
177 Broad Street
Suite 500
5th Floor
Stamford, CT

Michie Corporation
PO Box 870
Henniker, NH 03242

Micros Northeast
329 Washington Street
Woburn, MA 01801

Midland Loan Services,

Attn: Danny Bright
A PNC Real Estate Business
10851 Mastin, Suite 300
Overland Park, KS 66210

Mike Berlinski

Mikrodots Computer Services
390 Main Street
Suite 6
Woburn, MA 01801

Mikrodots Inc.
390 Main Street
Suite 4
Woburn, MA 01801

Miller Wachman LLP
100 Cambridge St
Suite 1302
Boston, MA 02114

MK Electric, Inc.
4988 Stephentown Road
Stephentown, NY 12168

Morgan Stanley Smith Barney
28 State Street
Boston, MA 02109

Mouser Electronics
958 North Main Street
Account #161979
Mansfield, TX 76063

NASDAQ OMX Corporate Solutions, Inc.
12 Clock Tower Place
Suite 300
Maynard, MA 01754

Nasdaq Stock Market
Finance Department
Department Number 0570
Washington, DC 20073-0570

National Grid
Processing Center
PO Box 1005
Woburn, MA 01807-0005

Ned Weihman
185 Old Mill Road
Greenwich, CT 06831

New York Independent Systems Operator
10 Krey Boulevard
Rensselaer, NY 12144

New York State Electric & Gas
Attn: Tom Donnelly
18 Link Drive
PO BOX 5224
Binghamton, NY 13902

Newark InOne

P.O. Box 94151
Palatine, IL 60094-4151

Newbury Piret & Co, Inc.
400 Totten Pond Rd
Waltham, MA 02451

Nixon Peabody LLP
437 Madison Avenue
New York, NY 10022

North Atlantic Internet, LLC
800 South Main Street
Suite LL
Mansfield, MA 02048

NorthEast Electrial Distributors
560 Oak Street
Brockton, MA 02301-1346

NorthEast-Eagle
Electrical Distributors
135 Will Drive
Canton, MA 02021

NorthWestern Corporation
d/b/a NorthWestern Energy
3010 W. 69th Street
Sioux Falls, SD 57108

Novus Engineering, P.C.
25 Delaware Avenue
Delmar, NY 12054

Oce North America Inc.
5450 North Cumberland Ave.
Chicago, IL 60656

Ohlheiser Corp.
831 North Mountain Rd.
Newington, CT 06111

Oztek Corporation
11 Continental Blvd
Merrimack, NH 03054

P. Leo & Company
PO Box 94250
Richmond
British Columbia

PAETEC
P.O. Box 1283
Buffalo, NY 14240

Patterson Consulting
Box 370
Townsend, MT 59644

PEMCO
5663 Breksville Rd
Independence, OH 44131

Peter Miller Art & Design LLC
121 Laurel Avenue

Providence, RI 02906

Phoenix Consulting, LLC
681 Fresno Avenue
Morro Bay, CA 93442

Pitney Bowes Credit Corp
2225 American Dr.
Neenha, WI 54956-1005

PixelMEDIA, Inc.
75 New Hampshire Ave
Suite 100
Portsmouth, NH 03801

PNC Bank (Midland Loan Services)
10851 Mastin
Suite 300
Overland Park, KS 66210

Poland Spring Water
PO Box 52271
Phoenix, AZ 85072-2271

Power Paragon
901 E. Ball Road
Anaheim, CA 92805-6916

Powercorp Pty Ltd
PMB 88
Berrimah Australia, NT 00828

Pritzkau Patent Group
11199 W. Lookout Run
Littleton, CO 80125

Provident Life Insurance Co.
Retail Lockbox Department
P.O. Box 2702
Memphis, TN 38101-2702

QPL Electronics
14 Progress Rd.
Billerica, MA 01821

Quality Energy Consulting LLC
6 Wilhelm Court
Fairfield, OH 45014

R W Beck
1001 Fourth Avenue
Suite 2500
Seattle, WA 98154-1004

R.W. Beck Federal, Inc.
1001 Fourth Avenue
Suite 2500
Seattle, WA 98154-1004

Rapid Cure Technologies, Inc.
235 Harrison Street
Syracuse, NY 13202

Ray Energy Corp DBA John Ray & Sons
2900 Sixth Ave

Troy, NY 12180

RISK Solutions, Inc.
6 Indian Brook Lane
Franklin, MA 02038

Robert P. Wexler
c/o The Tron Group
10 High Street, Suite 801
Boston, MA 02110

Scotia Industrial Park Inc.
Attn: General Counsel
695 Rotterdam Industrial Park
Schenectady, NY 12306

Scotia Industrial Park, Inc.
P.O. Box 98
Guilderland Center, NY 12085

Segue Manufacturing Services
70 Industrial Avenue
Lowell, MA 01852

Semikron Inc.
11 Executive Drive
Hudson, NH 03051

Siemens Energy Inc.,
Power Technologies International
400 State St.
Schenetady, NY 12305

Silicon Valley Bank
3003 Tasman
Santa Clara, CA 95054

Slusser Law Firm
1620 North Church Street
Suite 1
Hazleton, PA 18202

Smalley Steel Ring Co.
555 Oakwood Rd
Lake Zurich, IL 60047

Stephen P. Adik
488 Wexford Road
Valparaiso, IN 46385

StrateGen Consulting LLC
2150 Allston Way
Suite 210
Berkeley, CA 94704

Taylor N.E. Equipment, Inc.
181 Lafayette Road
North Hampton, NH 03862

The Durkin Company
4 Tower Farm Road
Billerica, MA 01821

Thomson Financial Corporate Group
195 Broadway

New York, NY 10007

Toray Royalties
1-1 Sonoyama 1-chome
Otsu
Shiga 520-8558 JAPAN

Total Facility Solutions, Inc.
Watervliet Arsenal
44 Dalliba Ave
Watervliet, NY 12189

Town of Stephentown
Ms. Patricia Gallup, Town Clerk
26 Grange Hall Road
Stephentown, NY 12168

Town of Tyngsboro
Michael P. Gilleberto, Town Admin.
25 Bryants Lane
Tyngsboro, MA 01879

Trane Co.
225 Wildwood Avenue
Woburn, MA 01801

Tri-Tech, Inc.
4 Airport Park Blvd
Latham, NY 12110

Triton Staffing
330 Boston Rd
Suite 15
Billerica, MA 01862

Tulley Buick GMC
147 Daniel Webster HWY South
Nashua, NH 03060

U-Line, Inc.
2200 South Lakeside Drive
Waukegan, IL 60085

U.S. Department of Energy
Attn:  Frances I. Nwachuku, Director
1000 Independence Avenue, SW
Washington, DC 20585

Unifirst Corporation
8 Industrial Park Drive
Nashua, NH 03062

United Parcel Service
PO Box 4980
Hagerstown, MD 21747-4980

Unum Life Insurance
One Beacon Street
Suite 1602
Boston, MA 02108

Varsity Facility Services
4 Tower Farm Road
Billerica, MA 01821

Ventyx Energy LLC
3301 Windy Ridge Pkwy.
Ste. 200
c/o Contracts
Atlanta, GA 30339

Verizon
P.O. Box 1
Worcester, MA 01654-0001

Verizon
P.O. Box 28003
Lehigh Valley, PA 18002-8003

Verizon Wireless
P.O. Box 489
Newark, NJ 07101-0489

Virgil G. Rose
972 Pizarro Lane
San Mateo, CA 94404

W.B.Mason
274 West Cummings Park
Woburn, MA 01801

Western Water Consultants, Inc.
1275 Maple Street
Suite F
Helena, MT 59601

Zee Medical Inc.
931C Conklin Street
Farmingdale, NY 11735

In re   <u>Beacon Power Corporation</u>

Debtor(s)

Case No.  _____

Chapter   <u>11</u>

# VERIFICATION OF CREDITOR MATRIX

I, F. William Capp, the President and Chief Executive Officer of the corporation named as the debtor in this case, hereby verify that

the attached list of creditors is true and correct to the best of my knowledge.

Date:   <u>October 30, 2011</u>

F. William Capp
President and Chief Executive Officer