IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BEACON POWER CORPORATION,[1]<br><br>Debtors | Chapter 11<br><br>Case No. 11-13450 (KJC)<br>Jointly Administered<br><br>Re: Docket No. 341 |

### STATUS REPORT REGARDING DISMISSAL OF CHAPTER 11 CASES

Beacon Power Corporation, Stephentown Holding LLC and Stephentown Regulation Services LLC, as the above-captioned debtors and debtors in possession (collectively, the "Debtors") by and through their undersigned counsel, hereby submit this *Status Report Regarding Dismissal of Chapter 11 Cases*.

1. On May 1, 2012, the Court entered the *Order Granting the Debtors' Motion Pursuant to Sections 105(a), 305(a) and 1112(b) of the Bankruptcy Code for Entry of an Order (A) Approving Procedures for the Distribution of Certain Funds and (B) Dismissal of the Debtors' Chapter 11 Cases, and (C) Granting Certain Related Relief* (the "Wind-down Order") [Docket No. 341].

2. Pursuant to the Wind-down Order, the Debtors were authorized to complete certain acts to finalize administration of the Debtors' chapter 11 cases. Upon the achievement of certain enumerated milestones, the Wind-down Order provides for the Debtors to submit a certification of counsel attesting that the necessary prerequisites for dismissal have been satisfied, at which time the Court would enter an accompanying order dismissing the Debtors' chapter 11 cases.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Beacon Power Corporation (2365); Stephentown Holding LLC (4923); and Stephentown Regulation Services LLC (5016). The Debtors' headquarters is located at 65 Middlesex Road, Tyngsboro, MA 01879.

PAC 1129925v.1

3. As of the date of this filing, the Debtors have completed all of the tasks contemplated by the Wind-down Order.

4. However, the New York State Finance Department (the "<u>NYSF</u>") has filed an administrative claim against the Debtors' estates for taxes owed (the "<u>NY Claim</u>"). Due to the fact that unpaid taxes in New York state could potentially result in personal liability of directors and officers, the Debtors have determined that it is appropriate to resolve the NY Claim prior to seeking dismissal in the event that the parties need the assistance of the Court in resolving the NY Claim.

5. In the process of addressing the NY Claim, the NYSF elected to conduct an audit of sales and use taxes owed by the Stephentown Regulation Services, LLC Debtor. The audit occurred in October 2013 and the Debtors are resolving the amount owed on account of the NYSF administrative claim.

6. The Debtors anticipate fully resolving the NYSF claim and dismissing these cases by the close of 2013.

7. Based on the foregoing, the Debtors respectfully request that this Court schedule a further status conference in May 2014 only if these cases have not yet been dismissed.

Dated: November 13, 2013
      Wilmington, Delaware

**POTTER ANDERSON & CORROON LLP**

*/s/ Jeremy W. Ryan*
Jeremy W. Ryan (DE Bar No. 4057)
Etta R. Mayers (DE Bar No. 4164)
Ryan M. Murphy (DE Bar No. 5517)
1313 N. Market Street, 6th Floor
P.O. Box 951
Wilmington, DE 19899-0951
Telephone: (302) 984-6000
Facsimile: (302) 658-1192
Email: jryan@potteranderson.com
      emayers@potteranderson.com
      rmurphy@potteranderson.com

*Counsel to the Debtors and the Debtors-in-Possession*